UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. P.B.,<br><br>         Petitioner,<br><br>   v.<br><br>MINGA WOFFORD, Field Office Director, Mesa Verde, Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; and PAM BONDI, in her Official Capacity, Attorney General of the United States,<br><br>         Respondents. | Case No. 1:26-cv-01908-KES-SKO (HC)<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED UNDER PSEUDONYM<br><br>Doc. 3 |

On March 9, 2026, petitioner filed a motion to proceed under pseudonym. Doc. 3.

The Court, having considered petitioner's motion and finding good cause, hereby GRANTS the motion and ORDERS as follows:

1. Petitioner will be referred to by his initials—"R. P.B."—in this action and in filings made by the parties.

IT IS SO ORDERED.

Dated:   __March 13, 2026__       _____

                               UNITED STATES DISTRICT JUDGE

1