UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. P.B.,<br><br>    Petitioner,<br><br>  v.<br><br>MINGA WOFFORD, *et al.*,<br><br>    Respondents. | Case No. 1:26-cv-01908-KES-FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 16 |

Petitioner R. P.B., a former immigration detainee, challenged his detention with a petition for writ of habeas corpus under 28 U.S.C. § 2241. *See generally* Doc. 1. Petitioner moved for a temporary restraining order. Doc. 2. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner. The Court referred the matter to the magistrate judge for further proceedings. Doc. 12.

On May 15, 2026, the magistrate judge issued findings and recommendations to grant the petition "for the same reasons set forth by the District Court in its order granting a preliminary injunction." Doc. 16 at 2. The magistrate judge also recommended the Court deny the request to hold the case in abeyance. *Id.* Respondents filed timely objections, indicating they "stand on their previous briefing." *Id.*

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the entire matter, the Court concludes that the findings and recommendations

are supported by the record and proper analysis.  The Court ORDERS:

1. The findings and recommendations issued on March 26, 2026 (Doc. 16), are ADOPTED in full.

2. Respondents' request to hold the petition in abeyance is DENIED.

3. The petition for writ of habeas corpus is GRANTED.

4. If the government seeks to re-detain Petitioner R. P.B., the government SHALL hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.[1]

5. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    June 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event he becomes subject to an executable final order of removal.

2